1175 DeKalb Avenue Company, Inc., Respondent, v. Thomas A. Clarke, Appellant.— Motion to dismiss appeal denied on condition that appellant

perfect his appeal, place the case on the calendar for March 15, 1915, and be ready for argument when reached, and also stipulate that if the orders appealed from are affirmed, he will answer within five days thereafter, and, if required, accept short notice of trial. Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.